**CAROL ANN MOSES #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California 93711
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DIANE MARIE CERIN-PERNISIE,<br><br>            Defendant. | CASE NO. 1:15-cr-00300-DAD-BAM<br><br>WAIVER OF DEFENDANT'S PERSONAL APPEARANCE; [PROPOSED] ORDER THEREON |

Pursuant to Fed. R. Crim. P. 43(b)(2), Defendant, DIANE MARIE CERIN-PERNISIE, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence at the Status Conference hearing scheduled for September 12, 2016.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, CAROL ANN MOSES, the same as if Defendant were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Ms. Cerin lives in Tracy, California.  She is unable to travel because she had right knee replacement surgery on August 16, 2016.  Her surgeon, Dr. Walt Hour in Tracy, California,

ordered Ms. Cerin not to travel for 6 weeks.

There was miscommunication between my office and Ms. Cerin regarding the surgery date and her time of disability.  This is the reason for the delay in filing this request for a Rule 43 Waiver specific to September 12, 2016.

Ms. Cerin provided a letter from her doctor to her Pretrial Services Officer, Alicia Margain.  I believe I will be able to provide a copy of her doctor's letter to the Court on Monday, September 12, 2016.

Ms. Cerin has appeared at all other court appearances and travels from Tracy, California for each appearance.  She is in good standing with Pre Trial.

Dated:  September 9, 2016        By:  /s/ Diane Marie Cerin-Pernisie
                                      DIANE MARIE CERIN-PERNISIE

Dated:  September 9, 2016        By:  /s/ Carol Ann Moses
                                      CAROL ANN MOSES
                                      Attorney for Defendant,
                                      DIANE MARIE CERIN-PERNISIE

ORDER

**GOOD CAUSE APPEARING,** IT IS HEREBY ORDERED that Defendant DIANE MARIE CERIN-PERNISIE (6) appearance may be waived at the Status Conference hearing scheduled for September 12, 2016, in accordance with Rule 43 of the Federal Rules of Criminal Procedure until further order of the Court.

IT IS SO ORDERED.

Dated:  **September 9, 2016**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE