1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00300-DAD-BAM-6 |
   | Plaintiff, | **STIPULATION AND ORDER RE: SENTENCING GUIDELINE CALCULATION** |
   | v. | |
   | DIANE MARIE CERIN-PERNISIE, | |
   | Defendant. | |

17     The United States of America, by and through PHILLIP A. TALBERT, Acting United States

18 Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant

19 DIANE MARIA CERIN-PERNISIE, by and through her respective attorney of record, CAROL

20 MOSES, hereby stipulate that the sentencing calculation set forth in the Presentence Investigative

21 Report is correct without erroneous amendments proposed by the government during the sentencing

22 hearing.

23 Dated: March 6, 2017                     PHILLIP A. TALBERT
                                            United States Attorney
24
                                            /s/ *Kathleen A. Servatius*
25                                          KATHLEEN A. SERVATIUS
                                            Assistant United States Attorney
26

27 Dated: March 6, 2017                     /s/ *Carol Moses*
                                            Attorney for Defendant
28

                                    1

**ORDER**

Pursuant to the stipulation of the parties, the Court adopts the sentencing calculations as originally set forth in the Presentence Investigative Services without amendment.

IT IS SO ORDERED.

Dated: **March 7, 2017**   _____
UNITED STATES DISTRICT JUDGE